UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DWIGHT T. AMBO                                    CIVIL ACTION

VERSUS                                           NO. 26-376

DEPUTY SGT K VAN HALEN, ET AL.                   SECTION "I"(1)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that Dwight T. Ambo's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 2nd day of June, 2026.

LANCE M. AFRICK
**UNITED STATES DISTRICT JUDGE**